# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO A. R. M., DATE OF BIRTH: 08/16/17, A MINOR UNDER 18 YEARS OF AGE. | No. 81263 |

ALICIA R.,

Appellant,

vs.

STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES,

Respondent.

FILED

MAR 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Youvey
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Matt Kni_

cc:  Hon. Frank P. Sullivan, District Judge, Family Court Division
Jennifer McDonald Law
Maria A. Perez Avilez
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

21-06999